NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0282

LARRY WASHINGTON
VERSUS
RANDY MAXWELL AND
RUSSELL BUTLER

************

APPEAL FROM THE
7TH JUDICIAL DISTRICT COURT,
PARISH OF CONCORDIA, NO. 39660
HONORABLE KATHY A. JOHNSON, DISTRICT JUDGE

************

ELIZABETH A. PICKETT
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**APPEAL DISMISSED, WITHOUT PREJUDICE.**

Larry Washington
D.W.C.C. NB10
670 Bell Hill Road
Homer, Louisiana 71040
COUNSEL FOR PLAINTIFF/APPELLANT:
    Larry Washington

Jack Hendrix McLemore, Jr.
200 Advocate Road, Suite B
Post Office Box 520
Vidalia, Louisiana 71373
COUNSEL FOR DEFENDANTS/APPELLEES:
    Randy Maxwell and Russell Butler